UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Craig B. Shaffer<br>United States Magistrate Judge | Laura Blunkall<br>Deputy Clerk |
| Case Number: 08-cr-00061-WYD | FTR CBS PM |
| March 6, 2008 | |
| UNITED STATES OF AMERICA | Joseph Mackey |
| v. | |
| KAREEM ANDERSON | Scott Varholak |

## MOTION HEARING

Court in Session: 3:33 pm

Court calls case and appearances of counsel.

Jerald Mason present from pretrial services.

Government does not oppose Motion To Reconsider His Detention And To Release Him On Bond.

Parties notify court that bed space at the Independence House will be available March 21, 2008.

**ORDERED:** Motion (20) To Reconsider His Detention And To Release Him On Bond is granted.

**ORDERED:** Once court is notified that bed space is available at the Independence House, case to be set on the docket to execute bond paperwork for defendant's release.
.
**ORDERED:** Defendant remanded to the custody of the United States Marshal.

Court in recess: 3:47 pm

Total time in court: 14 minutes
Hearing concluded.