UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 08-cr-00338 -WYD
08-cr-00061-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. KAREEM LONNEY ANDERSON,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to the unanticipated length of an ongoing civil trial, the sentencing hearing set for Friday, January 21, 2011, at 1:30 p.m. is **VACATED and RESET to Monday, February 7, 2011 at 1:30 p.m., in Courtroom A-1002.**

    Dated:  January 20, 2011