**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No:   08-cr-00061-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.  KAREEM LONNEY ANDERSON,

       Defendant.

---

**ORDER CANCELLING WRIT OF HABEAS CORPUS AD PROSEQUENDUM
AND DIRECTING DEFENDANT'S FORTHWITH RETURN TO THE
COLORADO DEPARTMENT OF CORRECTIONS**

---

    Upon application of the parties, and good cause appearing, it is hereby

    ORDERED that the writs of habeas corpus ad prosequendum issued by Order of this Court in the above captioned matter on or about January 6 and 7, 2011, (Doc. 82, case number 08-cr-00061-WYD) is hereby cancelled and the U.S. Marshal is directed to return the defendant, Kareem Anderson, forthwith to the custody of the Colorado Department of Corrections, Fremont Correctional Facility.

    Dated this 3rd day of February, 2011.

                                   BY THE COURT:

                                   s/ Wiley Y. Daniel
                                   WILEY Y. DANIEL,
                                   CHIEF UNITED STATES DISTRICT JUDGE